

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-19-00132-CV

**WE DELIVER INC., ET AL.,**
Appellants

v.

Edwin **CALDERON,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16309
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On March 11, 2019, Appellant We Deliver, Inc. filed a notice of appeal. *See* TEX. R. APP. P. 25.1(a). The same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fee has been paid. Further, our records do not conclusively establish that Appellant is excused by statute or rule from paying the filing fee. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving appellate court costs under certain circumstances). The deputy clerk's March 11, 2019 letter warned Appellant that if the filing fee was not paid by March 21, 2019, the appeal could be stricken by this court. To date, this court has not received payment for the filing fee.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order that either (1) the $205.00 filing fee has been paid, or (2) Appellant is entitled to appeal without paying the filing fee.

If Appellant fails to respond as ordered, this appeal will be dismissed **without further notice**. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court



Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court